Fourth Department, January, 1919.     [Vol. 187.

and motion granted. Interlocutory judgment reversed and new trial granted, with costs to appellant to abide event. The findings of fact contained in the decision and numbered III, IV and XII are disapproved and reversed. Held, that the affidavit and papers upon which the order for service by publication was made in the action of *Reckord* v. *Reckord* were sufficient to confer jurisdiction. All concurred, except Hubbs, J., who dissented and voted for affirmance.

WILLIAM A. WINSOR, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ALICE A. HOWARD and Another, Respondents, v. ALICE E. DOYLE and Others, Appellants.— Judgment reversed, with costs, and complaint dismissed, with costs. Held, that there is no finding or evidence to show that plaintiffs ever had any offer for the thirty-two feet as a separate parcel. All concurred.

J. STUART FRAZER, Appellant, v. WILLIAM HENRY BOWERMAN and Others, Respondents, Impleaded with MARIA L. FRAZER and Another, Appellants.— Judgment affirmed, with costs. All concurred.

JOSEPH MELERSKA, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ERNEST SCHMEISSER, Respondent, v. CATHOLIC CLUB OF BUFFALO, INC., and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

GEORGE S. BAGGETT, Respondent, v. WARSAW CONSTRUCTION COMPANY, INC., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that an improper measure of damages was adopted; that no case was made out for recovery for damaged crops. All concurred.

JACOB P. MANGOLD, Respondent, v. S. WRIGHT HURD, Appellant.— Judgment and order affirmed, with costs. All concurred.

BANK OF ANGELICA, Respondent, v. ELMER E. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

BANK OF ANGELICA, Respondent, v. ELMER E. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

BANK OF ANGELICA, Respondent, v. ELMER E. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

GEORGE J. BRENDEL, Respondent, Appellant, v. GEORGE BULLOCK, as Receiver of the BUFFALO AND LAKE ERIE TRACTION COMPANY, Respondent, and ERIE RAILROAD COMPANY, Appellant.— Judgments and orders affirmed, with costs. All concurred.

AUGUST TROUILLIE, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, 1. That the verdict is against the weight of the evidence upon the questions of the defendant's negligence and the freedom of the injured person from contributory negligence. 2. That it was error to refuse to charge, as requested by defendant's counsel, that if the person injured attempted to cross the track when the engine